FILED
U.S. DISTRICT COURT
2005 JUL 18  A 8: 58
DISTRICT OF UTAH
BY: _____
   DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CURT RIDGEWAY,<br><br>Plaintiff,<br><br>vs.<br><br>FLEET CREDIT CARD SERVICES, L.P., EQUIFAX, INC., EXPERIAN SERVICES CORP., TRANS UNION, L.L.C.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND ORDER GRANTING SUMMARY JUDGMENT<br><br><br><br>Case No. 2:03-CV-858 TS |

This matter is before the court for consideration of Plaintiff's Motion to Alter or Amend Order Granting Summary Judgment in favor of Defendants Experian Information Solutions, Inc. (Experian), Trans Union, LLC (Trans Union), and Equifax Information Services, LLC (Equifax).

On May 18, 2005, the court granted summary judgment in favor of Defendants Experian, Equifax and Trans Union. Plaintiff filed a timely Motion to Alter or Amend the

1

Summary Judgment Order. Trans Union filed an opposition to the Motion and Experian joined in that Opposition.

Pursuant to Fed. R. Civ. P. 59(e), Plaintiff moves to alter or amend the Summary Judgment Order's grant of summary judgment in favor of Defendants Experian, Trans Union, and Equifax on Plaintiff's third and fifth causes of action.

> A Rule 59(e) motion to alter or amend the judgment should be granted only " 'to correct manifest errors of law or to present newly discovered evidence.' " *Committee for the First Amendment v. Campbell*, 962 F.2d 1517, 1523 (10th Cir.1992) (quoting *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir.1985)).

*Phelps v. Hamilton,* 122 F.3d 1309, 1324 (10th Cir. 1997).

Plaintiff contends that the court's ruling was based on a manifest error of law. In support, Plaintiff revisits his previous arguments. The court has considered the Motion and Opposition. The court finds and concludes that Plaintiff has failed to show a manifest error of law. It is therefore

ORDERED that Plaintiff's Motion to Alter or Amend Order Granting Summary Judgment in favor of Defendants Experian, Trans Union, and Equifax is DENIED.

DATED July 15, 2005.

BY THE COURT:

_____
TED STEWART
United States District Judge